```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07462
   ANA G MARTINEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4927

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/25/2007 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CITIMORTGAGE              CURRENT MORTG         .00             .00             .00
CITIMORTGAGE              MORTGAGE ARRE     8392.24             .00         8392.24
FIRST RMS RET             NOTICE ONLY     NOT FILED             .00             .00
IRA T NEVEL               NOTICE ONLY     NOT FILED             .00             .00
CINGULAR                  UNSECURED       NOT FILED             .00             .00
AT & T WIRELESS           NOTICE ONLY     NOT FILED             .00             .00
AT & T WIRELESS           NOTICE ONLY     NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1195.16              .00             .00
ARONSON FURNITURE CO      UNSECURED        3172.98              .00             .00
VICTOR M VALDEZ SR        NOTICE ONLY     NOT FILED             .00             .00
MISAEL TELLEZ             NOTICE ONLY     NOT FILED             .00             .00
ILLINOIS DEPT OF REV      UNSECURED            .00              .00             .00
LEDFORD & WU              DEBTOR ATTY     2,000.00                         2,000.00
TOM VAUGHN                TRUSTEE                                            787.76
DEBTOR REFUND             REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              11,180.00

PRIORITY                                          .00
SECURED                                      8,392.24
UNSECURED                                         .00
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                           787.76
DEBTOR REFUND                                     .00
                    ---------------        ---------------
TOTALS               11,180.00               11,180.00
```

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 07462 ANA G MARTINEZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |